

Gary E. Jubber, A1758
David R. Hague, A11660
FABIAN & CLENDENIN,
a Professional Corporation
215 South State Street
Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Fax: (801) 596-2814

Attorneys for Gary E. Jubber, Chapter 7 Trustee



RECEIVED

US BANKRUPTCY COURT
DISTRICT OF UTAH

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>THEORETICS HOLDINGS, INC.<br><br>Debtor. | Bankruptcy No. 08-21823 RKM<br>(Chapter 7)<br><br>**ORDER APPROVING SALE OF PERSONAL PROPERTY**<br><br>Honorable R. Kimball Mosier |

The *Motion to Approve Sale of Personal Property* filed by Gary E. Jubber, Chapter 7 Trustee on September 14, 2009 ("**Motion**") came on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge on October 14, 2009. David R. Hague of Fabian & Clendenin appeared on behalf of the Trustee and other appearances were as noted on the record. The Court found that the Motion and a Notice of Hearing were properly served on all interested parties.

Entered On Docket: 10/15/2009

The Motion was subject to higher and better offers. Blaise Labriola, by and through his counsel, George B. Hofmann, filed a *Notice of Filing of Higher Offer for Purchase of Personal Property* on September 30, 2009, offering to purchase the property for $2,000.00. International Cargo Loss Prevention, Inc. ("**ICLP**") then made a competing bid to purchase the property for $3,000.00.

Based upon the Motion, the representations made at the hearing, and good cause appearing

IT IS HEREBY ORDERED that:

A. The Motion is granted; and

B. The Trustee is authorized to sell the personal property as described in the Motion (the "Property") for a renegotiated price of $3,000.00 to ICLP; and

C. The Trustee is authorized to take such action and to execute such documents as may be necessary and appropriate to effect, implement, and consummate the sale of the Property pursuant to the agreement and pursuant to higher or better offers; and

D. This Order shall be effective immediately and shall not be stayed pursuant to Federal Rules of Bankruptcy Procedure 6004(g).

[END OF DOCUMENT]

ND: 4831-0801-1778, v. 1                           2

## CLERK'S CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct executed copy of the foregoing **ORDER APPROVING SALE OF PERSONAL PROPERTY** was mailed, postage fully prepaid, this ___ day of October, 2009, to:

> United States Trustee
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT  84111
>
> Gary E. Jubber
> Fabian & Clendenin
> P.O. Box 510210
> Salt Lake City, UT  84151
>
> George B. Hofmann
> Parsons Kinghorn Harris
> 111 East Broadway, 11th Floor
> Salt Lake City, UT  84111
>
> Curtis Keyes
> International Cargo Loss Prevention, Inc.
> P.O. Box 680758
> Park City, UT  84068-0758

_____

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: lb                    Page 1 of 1                  Date Rcvd: Oct 15, 2009
Case: 08-21823                Form ID: pdfor1             Total Noticed: 3

The following entities were noticed by first class mail on Oct 17, 2009.
aty          +George B. Hofmann,   Parsons Kinghorn & Harris,   111 East Broadway,   11th Floor,
               Salt Lake City, UT 84111-5225
tr           +Gary E. Jubber tr,   Fabian & Clendenin,   215 South State Street,   Suite 1200,
               Salt Lake City, UT 84111-2323
5973566      +Curtis W. Keyes,   c/o ICLP,   PO Box 680758,   Park City, UT 84068-0758

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2009**                    **Signature:**    *Joseph Speetjens*