FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 28 AM 11: 50

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 08-21823 RKM |
| --- | --- | --- |
| | ) | Chapter 7 |
| THEORETICS HOLDINGS, INC., | ) | |
| | ) | **DEPOSIT OF FUNDS FOR SMALL** |
| Debtor. | ) | **CLAIMS** |
| | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 1.64% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 4 | State of New York<br>DOL, Unemployment Insurance Division<br>Building 12 Room 256<br>Albany, NY 12240 | $4.75 |

3. A check in the amount of $4.75 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.



DATED this 27th day of October, 2011.

_____
Gary E. Jubber, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____
Diane Romero

4811-8164-1997, v. 1

2